## THE STATE v. CAL GRIFFITH, Appellant.

### Division Two, May 14, 1907.

**NO BILL OF EXCEPTIONS.** Where no bill of exceptions is filed, and the record proper is free from error, the judgment will be affirmed.

Appeal from Pike Circuit Court.—*Hon. David H. Eby,* Judge.

AFFIRMED.

*Herbert S. Hadley,* Attorney-General, and *N. T. Gentry,* Assistant Attorney-General, for the State.

Where there is no bill of exceptions, and no error appearing in the record proper, the judgment will be affirmed.    State v. Nicholas, 193 Mo. 214; State v. Sparks, 191 Mo. 162.

BURGESS, J.—On the 5th day of October, 1905, the prosecuting attorney of Pike county filed an information, charging the defendant with burglary and larceny. The date of the alleged offense was the 28th day of June, 1905, the building entered was the warehouse of the Diamond Flour Manufacturing Co., and the property stolen was two faucets of the value of two dollars. At the February term, 1906, of said court, the defendant was tried and convicted, and his punishment assessed at three years imprisonment in the penitentiary for the burglary and two years for the larceny. He was granted an appeal.

The defendant is not represented in this court. As there was no bill of exceptions filed, there is nothing before this court for review except the record proper, and that appears to be free from error.

The judgment is, therefore, affirmed. All concur.